FILED
JAN 17 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:07cr12-MEF** |
| | ) | [18 USC 922(g)(1); |
| GREGORY LEWIS DAVIS | ) | 18 USC 924(e)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about November 22, 2006, in Montgomery County, within the Middle District of Alabama,

GREGORY LEWIS DAVIS,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the United States and the State of Alabama, to-wit:

1) March 20, 1992 - Conspiracy with Intent to Distribute Cocaine, United States District Court, Middle District of Alabama;

2) March 20, 1992 - Distribution of Cocaine, United States District Court, Middle District of Alabama;

3) March 20, 1992 - Importation of Cocaine, United States District Court, Middle District of Alabama;

4) March 25, 1983 - Robbery in the First Degree, Case No. 93-269, Circuit Court of Montgomery County, Alabama;

did knowingly possess in and affecting commerce a firearm and ammunition, to-wit: a Taurus, PT140, .40 caliber pistol and 10 live rounds of .40 caliber Smith and Wesson ammunition. All in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature: Leura G. Canary]*
LEURA G. CANARY
United States Attorney

*[signature]*
VERNE H. SPEIRS
Assistant Untied States Attorney