COURTROOM DEPUTY'S MINUTES  DATE: 2/2/2007
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 2:58-3:02 pm
COURT REPORTER:

☑ ARRAIGNMENT         ☐ CHANGE OF PLEA      ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: TFM       DEPUTY CLERK: sql
CASE NUMBER: 2:07CR12-MEF       DEFENDANT NAME: Gregory Lewis DAVIS
AUSA: Speirs                    DEFENDANT ATTORNEY: Butler
                                Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                                ( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES    Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☑ Not Guilty
         ☐ Guilty as to:
             ☑ Count(s): 1
             ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                            ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____
☑ CRIMINAL TERM: 3-12-07    ☐ WAIVER OF SPEEDY TRIAL filed.
             DISCOVERY DISCLOSURE DATE: 2-2-07
☑ ORDER: Defendant continued under ☑ same bond; ☐ summons; for:
         ☑ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel