**v.**                    )    **Case No.: 2:07cr12-MEF**