# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☒ Northern    ☐ Southern    ☐ Eastern

HON. Terry F. Moorer    AT Montgomery, Alabama
DATE COMMENCED 2-16-2007    @ 11:06 ☒ a.m. ☐ p.m
DATE COMPLETED 2-16-2007    @ 11:18 ☒ a.m. ☐ p.m

CASE NO. 2:07CR12-MEF

UNITED STATES OF AMERICA      vs.      GREGORY LEWIS DAVIS
Plaintiff(s)                             Defendant(s)

## APPEARANCES

Plaintiff(s)/Government: Verne Spears Redmond

Defendant(s): Don Bethel

## COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr:
Law Clerk:
Interpreter:
USPO/USPTS:
Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference    ☐ Oral Argument    ☐ Evidentiary Hrg.
☐ Revocation    ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.    ☐ Sentencing
☐ Non-Jury Trial    ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other: Pretrial Conference

Pending Motions: Suppression Motion/M/Cmt
Discovery Status: Complete    Plea Status: Trial
Trial Status/Length: 1 Day    Trial Term: 3-12-07