IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-012-MEF |
| | ) | (WO) |
| GREGORY LEWIS DAVIS | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Continue Trial (Doc. #15) filed on February 16, 2007, it is hereby

ORDERED that the government show cause in writing on or before February 23, 2007 as to why the motion should not be granted.

DONE this the 16th day of February, 2007.

                                                   /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE