IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR12-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

**<u>ORDER</u>**

Upon consideration of defendant's Motion to Suppress (Doc. 14), filed 2/15/2007, it is

ORDERED that the Government shall file a response to the motion on or before 6/15/2007. The motion is set for an evidentiary hearing at 10:00 a. m. on **6/19/2007**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 22nd day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE