IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR12-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

O R D E R

It is ORDERED that the suppression hearing set in this cause for June 19, 2007, is hereby RE-SCHEDULED for Friday, June 1, 2007 at 10:00 a. m. in courtroom 4-A before the under-signed Judge.

DONE, this 5th Day of March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE