AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| UNITED STATES OF AMERICA | **NOTICE** |
|---|---|
| V. | |
| GREGORY LEWIS DAVIS | CASE NUMBER: 2:07CR12-MEF |

**TYPE OF CASE:**

☐ CIVIL        ☒ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Frank M. Johnson, Jr. Federal Building &<br>U. S. Courthouse Complex<br>1 Church Street<br>Montgomery, Alabama 36104 | ROOM NO.<br>Courtroom 4-A |
|---|---|
| | DATE AND TIME<br>March 6, 2007 - 10 a.m. |

TYPE OF PROCEEDING

Detention Hearing

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>Courtroom 4-A | DATE AND TIME PREVIOUSLY SCHEDULED<br>March 6, 2007<br>10 a.m. | CONTINUED TO DATE AND TIME<br>March 6, 2007<br>1:30 p.m. |
|---|---|---|

DEBRA P. HACKETT, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 6, 2007

DATE                       (BY) DEPUTY CLERK

TO: