IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. |
| ) | 2:07cr12-MEF |
| GREGORY LEWIS DAVIS ) | |

ORDER

It is ORDERED as follows:

(1) As indicated during a telephone conference with counsel, the government's response to defendant Davis's February 14, 2007, Motion to Suppress Evidence and Statements (doc. no. 14), previously scheduled for June 15, 2007, is RESCHEDULED for May 29, 2007.

(2) Counsel shall appear for a second pretrial conference in this matter on **June 1, 2007, at 11:00 a.m.,** Courtroom 4A, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE, this the 12th day of April, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE