IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr12-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**COMES NOW** the Defendant, **GREGORY LEWIS DAVIS**, by Undersigned

Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B), and

respectfully moves the Court for an Order continuing this matter from the July trial term.  In

support of this Motion, the Defendant would show the following:

1.      Mr. Davis's case is now set for trial on October 15, 2007.

2.      On June 13, 2007, the Magistrate Judge held a hearing on Mr. Davis's Motion

to Suppress Evidence and Statements.   The Magistrate Judge issued his Report and

Recommendation on June 18, 2007, and ordered that objections be filed by June 26, 2007.

Because Undersigned Counsel was out of the State of Alabama from June 21 through

July 4, 2007, this Court continued Mr. Davis's trial from the July term to the October term

and granted Mr. Davis an extension of time until July 11, 2007, to file his objections.

3.      Mr. Davis has diligently worked to complete his objections to the Magistrate

Judge's Report and Recommendation, but he has been unable to finish them as of this date.

Therefore, Mr Davis moves this Court to grant him an additional extension of time of two

days, until July 13, 2007, to file his objections to the  Magistrate Judge's Report and

Recommendation.

    4.    The United States, through Assistant United States Attorney Verne Speirs, does

not oppose this Motion.

    **WHEREFORE**, for the reasons set forth above, Mr. Davis moves this Court to

grant his Motions.

    Dated this 11th day of July, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07cr12-MEF** |
| | ) | |
| **GREGORY LEWIS DAVIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2007,  I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following:

Verne H. Speirs, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, AL 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49