IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:07cr12-MEF |
| ) | |
| GREGORY LEWIS DAVIS ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**COMES NOW** the Defendant, **GREGORY LEWIS DAVIS**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the July trial term. In support of this Motion, the Defendant would show the following:

1. Mr. Davis's case is now set for trial on October 15, 2007.

2. On June 13, 2007, the Magistrate Judge held a hearing on Mr. Davis's Motion to Suppress Evidence and Statements. The Magistrate Judge issued his Report and Recommendation on June 18, 2007, and ordered that objections be filed by June 26, 2007. Because Undersigned Counsel was out of the State of Alabama from June 21 through July 4, 2007, this Court continued Mr. Davis's trial from the July term to the October term and granted Mr. Davis an extension of time until July 11, 2007, to file his objections.

3. Mr. Davis has diligently worked to complete his objections to the Magistrate Judge's Report and Recommendation, but he has been unable to finish them as of this date. Therefore, Mr Davis moves this Court to grant him an additional extension of time of two

**MOTION GRANTED**

THIS 12th DAY OF July, 2007

MARK E. FULLER
UNITED STATES DISTRICT JUDGE