IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-012-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

# **O R D E R**

It is hereby ORDERED that jury selection and trial set in this case for October 15, 2007 is rescheduled for Tuesday, October 2, 2007, at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 2nd day of August, 2007.


　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE