IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:07-cr-012-MEF |
| | ) |
| GREGORY LEWIS DAVIS | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's objection (Doc. #40) to the Recommendation of the Magistrate Judge filed on July 15, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #33) filed on June 18, 2007 is adopted;

3. The defendant's motion to suppress (Doc. #14) is DENIED.

DONE this the 7th day of September, 2007

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE