IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07cr012-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

## ORDER

Although the defendant is represented by counsel, on October 9, 2007, he mailed to the court a pro se pleading concerning a discovery related matter. The court does not accept pleadings filed by pro se by a defendant represented by counsel. Accordingly, the Clerk of the Court is DIRECTED to scan the document and attach it to this order, provide a copy to counsel, and return the original pleading to the defendant.

Done this 12th day of October, 2007.

       /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE