IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr12-MEF |
| ) | |
| GREGORY LEWIS DAVIS ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **GREGORY LEWIS DAVIS**, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 24th day of October, 2007.

                                                        Respectfully submitted,

                                                      s/ Donnie W. Bethel
                                                      DONNIE W. BETHEL
                                                      Assistant Federal Defender
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, Alabama 36104
                                                      Phone: (334) 834-2099
                                                      Fax: (334) 834-0353
                                                      E-mail:don_bethel@fd.org
                                                      IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 2:07cr12-MEF** |
| ) | |
| **GREGORY LEWIS DAVIS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49