# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr12-MEF |
| ) | |
| GREGORY LEWIS DAVIS ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**COMES NOW** the Defendant, **GREGORY LEWIS DAVIS**, by and through undersigned counsel, Donnie W. Bethel, and moves the Court to modify his conditions of pretrial release so that he will no longer be on home detention with electronic monitoring (EM). In support of this Motion, Defendant would show the following:

1. On January 30, 2007, Mr. Davis was released on bond. As a condition of his release, Mr. Davis was placed on EM.

2. Mr. Davis is now cooperating with Government agents. The case agent, Montgomery Police Department Sergeant Michael Drummond, has determined that Mr. Davis will be of greater value to Government agents if he is released from EM.

3. Neither Assistant United States Attorney Verne Speirs nor United States Probation Officer Bernard Ross oppose this Motion.

**WHEREFORE,** the Defendant prays his conditions of pretrial release be modified as requested.

Dated this 5th day of November, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:07cr12-MEF** |
| | ) | |
| **GREGORY LEWIS DAVIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Assistant United States Attorney.

      Respectfully submitted,

      s/ Donnie W. Bethel
      DONNIE W. BETHEL
      Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: don_bethel@fd.org
      IN Bar Code: 14773-49