IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR012-MEF |
| GREGORY LEWIS DAVIS | ) | |

**ORDER**

For good cause shown, the Petition to Modify Conditions of Pretrial Release filed by defendant (Doc 55) on 11/6/2007 is hereby GRANTED. The defendant is released from the condition of electronic monitoring while on release.

Done this 7th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE