**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                            ) | **Case No.: 2:07cr12-MEF** |
| ) | |
| **GREGORY LEWIS DAVIS** ) | |

## NOTICE OF INTENT TO WITHDRAW PLEA OF GUILTY

COMES NOW the Defendant, **GREGORY LEWIS DAVIS**, by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to withdraw his plea of guilty pursuant to his plea agreement. In support of Defendant's intent to withdraw his plea of guilty, he offers the following:

1. The Defendant plead guilty pursuant to a plea agreement on October 26, 2007. In that plea agreement, the Defendant reserved the right to withdraw his plea of guilty if it were later determined by the United States Probation Office that the Defendant is subject to be sentenced under the Armed Career Criminal Act.

2. In the Presentence Investigation Report, dated January 18, 2008, United States Probation Officer Ellen Traywick has determined that the Defendant is subject to be sentenced under the Armed Career Criminal Act.

3. Therefore, the Defendant is entitled to withdraw his plea of guilty and proceed to trail.

Dated this 31st day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07cr12-MEF** |
| | ) | |
| **GREGORY LEWIS DAVIS** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant U. S. Attorney.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Donnie W. Bethel
　　　　　　　　　　　　　　　　　　　　　　　DONNIE W. BETHEL
　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　201 Monroe Street, Suite 407
　　　　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　　　　　　　　Phone: (334) 834-2099
　　　　　　　　　　　　　　　　　　　　　　　Fax: (334) 834-0353
　　　　　　　　　　　　　　　　　　　　　　　E-mail:don_bethel@fd.org
　　　　　　　　　　　　　　　　　　　　　　　IN Bar Code: 14773-49