IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-12-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set for trial during the criminal term commencing on April 7, 2008 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The Magistrate Judge shall conduct a pretrial conference prior to the April 7, 2008 trial term.

DONE this the 5th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE