IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | *   CRIM NO. 2:07CR12-MEF |
| GREGORY LEWIS DAVIS | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel and files this Notice of Appearance for Gregory Lewis Davis as attorney of record.

Respectfully submitted this the 19th day of March, 2008.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Gregory Lewis Davis
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600
retrocam@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel