IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr12-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

## MOTION TO WITHDRAW COUNSEL

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record in this matter. In support of this Motion, counsel states the following: Mr. Davis has retained Attorney Bruce Maddox to represent him in this matter. Mr. Maddox has already entered an appearance in this matter on behalf of the Defendant.

Dated this 19th day of March, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr12-MEF |
| | ) | |
| **GREGORY LEWIS DAVIS** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant U. S. Attorney.

                              Respectfully submitted,

                              s/ Donnie W. Bethel
                              DONNIE W. BETHEL
                              Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: don_bethel@fd.org
                              IN Bar Code: 14773-49