IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | *   CRIM NO. 2:07CR12-MEF |
| GREGORY LEWIS DAVIS | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE

Counsel for defendant was retained and filed a notice of appearance this week. Trial is currently set for the April 7, 2008 term of court. Counsel moves to continue the trial from April 7, 2008 to a subsequent term of court upon the following grounds:

1. Counsel has had insufficient time to review evidence including voluminous transcripts of prior hearings and insufficient time to interview witnesses and potential witnesses.

2. The prosecutor, Verne H. Speirs, AUSA, has discussed this motion to continue with counsel and Mr. Speirs has no objections and does not oppose same.

3. On March 19, 2007, undersigned counsel received a summons to jury duty in this court for the term beginning April 7, 2008. Counsel is desirous of performing his civic duty by appearing for jury duty during said time, having previously avoided jury duty due to his trial calendar.

Respectfully submitted this the 20th day of March, 2008.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Gregory Lewis Davis
6728 Taylor Court
Montgomery, Alabama 36117

Phone: (334) 244-7333
Fax: (334) 260-9600
retrocam@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel