IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr12-MEF |
| | ) | |
| **GREGORY LEWIS DAVIS** | ) | |

## MOTION TO WITHDRAW COUNSEL

**COMES NOW** the undersigned counsel, Aylia McKee, and files this Motion to Withdraw as Counsel of Record in this matter. In support of this Motion, counsel states the following: Mr. Davis has retained Attorney Bruce Maddox to represent him in this matter. Mr. Maddox has already entered an appearance in this matter on behalf of the Defendant.

Dated this 20th day of March, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr12-MEF |
| ) | |
| GREGORY LEWIS DAVIS ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esq., Assistant United States Attorney.

          Respectfully submitted,

          s/ Aylia McKee
          AYLIA MCKEE
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: aylia_mckee@fd.org
          ASB-6178-A39M