IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-012-MEF |
| | ) | |
| GREGORY LEWIS DAVIS | ) | |

## **O R D E R**

Upon consideration of the Motions to Withdraw as Attorney (Doc. #65 & #67), it is hereby

ORDERED that the motions are granted.

DONE this the 25th day of March, 2008.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE