IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| V. | * CRIM NO. 2:07CR12-MEF |
| GREGORY LEWIS DAVIS | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE

Comes now the defendant, by and through counsel, and requests this Honorable Court to continue the trial in this cause from July 28, 2008, to a date subsequent, and as grounds therefore says as follows:

1. Counsel for defendant has a conflict in that he must be in Dallas County on said date for trial in **State of Alabama v. Roosevelt Carson**, CC-06-2. This is a capital murder case and there is no chance that the case will be settled. After speaking with both the Judge and prosecutor involved, this case will go to trial on July 28, 2008.

2. Counsel cannot adequately prepare and try this case in addition to said capital murder case.

3. Counsel has discussed this continuance with Verne H. Speirs, AUSA, and he has no objections and does not oppose same.

Respectfully submitted this the 2nd day of July, 2008.

s/Bruce Maddox
Bruce Maddox (MAD013)
Attorney for Gregory Lewis Davis
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

retrocam@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to appropriate parties.

s/Bruce Maddox
Of Counsel